UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMANTHA FISHER<br>Plaintiff<br><br>v.<br><br>AT&T BROADBAND<br>Defendant | Civ. Action No. 0312321-GAO |

## NOTICE OF APPEARANCES

Please enter the appearances of Barry J. Waters and Laurie Alexander-Krom on behalf of the defendant in the above-referenced case.

The Defendant

By its Attorneys

*[signature]*

Barry J. Waters, BBO#645595
bwaters@murthalaw.com
Laurie Alexander-Krom, BBO#637385
lalexander-krom@murthalaw.com
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457- 4000

Certificate of Service
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 3/19/04

Date: March 19, 2004