UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMANTHA FISHER<br>Plaintiff<br><br>v.<br><br>AT&T BROADBAND<br>Defendant | Civ. Action No. 0312321-GAO |

## DEFENDANT'S MOTION TO EXTEND TIME TO FILE ITS RESPONSIVE PLEADING

The defendant requests that this Court extend the time for it to file its responsive pleading in the above-captioned case until April 14, 2004. The plaintiff, Samantha Fisher, does not object to this extension of time.

The Defendant

By its Attorneys

Barry J. Waters, BBO#645595
bwaters@murthalaw.com
Laurie Alexander-Krom, BBO#637385
lalexander-krom@murthalaw.com
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457-4000

Date: March 19, 2004