# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Samantha Fisher,
Plaintiff

V.

AT&T Broadband,
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03 - 12321 GAO**

TO: (Name and address of Defendant)   AT&T Broadband
c/o CT Corporation, Resident Agent
101 Federal Street
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David O. Scott, Esquire
Law Office of David O. Scott, P.C.
200 Chauncy Street
Mansfield, Massachusetts 02048
(508) 261-7090

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

NOV 20 2003
DATE

Suffolk, s.s.                                                                                                    Boston, 3/10/04

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/10/03 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| RICHARD J. COLETTI | Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the third-party defendant. Place where served: PROCESS SPECIALIST CHRISTINE BONNEY OF CT CORPORATION, 101 FEDERAL ST. BOSTON, MASS. 02110  AT+T BROADBAND

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $65.00 | $25.00 | $90.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/10/04
           Date

Signature of Server — PROCESS SERVER

4 LISA LANE  EAST WAREHAM, MA  02538
Address of Server

Original copy of summons
Complaint + request for
jury trial
Civil cover sheet with
related document

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.