UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMANTHA FISHER )<br>    Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>AT&T BROADBAND )<br>    Defendant ) | Civ. Action No. 0312321-GAO |

### ASSENTED TO MOTION TO CONTINUE
### SCHEDULING CONFERENCE

The defendant requests that this Court continue the Scheduling Conference, which is currently scheduled for July 7, 2004 at 2:00, on the grounds that counsel for the defendant is unavailable at that time. The parties would like to propose the following dates for the Scheduling Conference: August 2, 3, 4, 5, 9, 10, 11, 12, 17, 18, 19, 20, 25, 26 or any date during the first three weeks of September, with the exception of September 7, 10, 17 and 24.

DEFENDANT - AT&T BROADBAND
By its Attorneys,

_/s/ Laurie Alexander-Krom_
Barry J. Waters, BBO#645595
bwaters@murthalaw.com
Laurie Alexander-Krom, BBO#637385
lalexander-krom@murthalaw.com
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457-4000

Date: May 27, 2004

PLAINTIFF - SAMANTHA FISHER
By Her Attorney,

_/s/ David Scott (LAK)_
David O. Scott, Esq.
Dean & Scott
Attorneys at Law
200 Chauncy Street
Mansfield, MA 02048
(508) 261-7090

SCANNED
DATE: 6/7/04
BY: _____