UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMANTHA FISHER,<br>Plaintiff<br><br>v.<br><br>AT&T BROADBAND,<br>Defendant | CIVIL ACTION NO. 0312321-GAO |

PARTIES PROPOSED PRE-TRIAL SCHEDULE
PURSUANT TO FEDERAL RULES OF CIVIL
PROCEDURE 26(f) AND LOCAL RULE 16.1(D)

The parties to the above-captioned matter, by and through their attorneys, hereby state that:

1. Pursuant to Federal Rules of Civil Procedure 26(f) and Local Rule 16.1(B), they conferred for the purpose of:

   a. Preparing an agenda of matters to be discussed at the scheduling conference;

   b. Preparing a proposed pre-trial schedule for the case that includes a plan for discovery; and

   c. Considering whether they will consent to trial by Magistrate Judge.

2. After consideration of the topics contemplated by Federal Rules of Civil Procedure 16(b) and 26(f), the parties propose the following pre-trial schedule:

   a. Initial disclosure shall be served by September 6, 2004;

   b. All motions to amend or supplement shall be filed by November 30, 2004;

   c. All fact discovery shall be completed by January 31, 2005;

   d. All experts who may be witnesses on behalf of the Plaintiff shall be designated in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts by March 1, 2005;

   e. All experts who may be witnesses on behalf of the Defendant shall be designated in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts no later than April 1, 2005;

David O. Scott.
Attorney at Law
200 Chauncy Street
Mansfield, Massachusetts 02048
(508) 261-7090

f.  All expert depositions shall be completed by May 15, 2005;

g.  Dispositive motions shall be filed by June 15, 2005;

h.  Any settlement conference shall be held in accordance with the Court's schedule after dispositive motions are decided;

i.  A final Pre-Trial Conference shall be held thereafter in accordance with the Court's schedule.

Respectfully Submitted,
The Plaintiff,
By Her Attorney,

*David O. Scott (LAK)*
DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, PC
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-7090
DATED July 28, 2004

Respectfully Submitted,
The Defendant,
By Its Attorney,

*Laurie Alexander-Krom*
BARRY J. WATERS, ESQUIRE
B.B.O. NO. 645595
LAURIE ALEXANDER-KROM, ESQ.
B.B.O. NO. 637385
99 HIGH STREET
BOSTON, MASSACHUSETTS 02110
TELEPHONE (617) 457-4000
DATED July 28, 2004