UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMANTHA FISHER<br>Plaintiff<br><br>v.<br><br>AT&T BROADBAND<br>Defendant | )<br>)<br>)<br>)<br>)  Civ. Action No. 0312321-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AT&T BROADBAND LLC'S CERTIFICATION IN PREPARATION FOR SCHEDULING CONFERENCE

I, Laurie Alexander-Krom, as counsel for AT&T Broadband LLC, now known as Comcast Cable Holdings, LLC and I, Andrew Topping, as an authorized representative of AT&T Broadband LLC, now known as Comcast Cable Holdings, LLC, hereby certify that we have conferred with regard to both case budgeting and the use of alternative dispute resolution programs.

_____
Andrew C. Topping
AT&T Broadband, L.L.C., now known as
Comcast Cable Holdings, LLC.

_____
Laurie Alexander-Krom
Counsel for AT&T Broadband LLC, now known as
Comcast Cable Holdings, LLC.

AT&T BROADBAND LLC
By its Attorneys

_____
Barry J. Waters, BBO#645595
Laurie Alexander-Krom, BBO#637385
Murtha Cullina, LLP

99 High Street
Boston, MA 02110
(617) 457-4000

Date: July 29, 2004