UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JUL 29 P 12: 23

| | |
|---|---|
| SAMANTHA FISHER,<br>Plaintiff<br><br>v.<br><br>AT&T BROADBAND,<br>Defendant | CIVIL ACTION NO. 03-12321-GAO<br>DISTRICT OF MASS |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned Plaintiff, Samantha Fisher, and legal counsel for the Plaintiff, David O. Scott, affirm that they have conferred:

1. With a view to establish a budget for the costs of conducting the full course and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs, such as those outlined in Local Rule 16.4.

Signed this 28th day of July, 2004

_____        _____
SAMANTHA FISHER                         DAVID O. SCOTT, ESQUIRE
Plaintiff                               Attorney for the Plaintiff

David O. Scott,
Attorney at Law
200 Chauncy Street
Mansfield, Massachusetts 02048
(508) 261-7090

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAMANTHA FISHER,
Plaintiff

v.

AT&T BROADBAND,
Defendant

FILED
[CLERK'S OFFICE]

2004 JUL 29 P 12: 23

CIVIL ACTION NO. 0312321-GAO

U.S. DISTRICT COURT
DISTRICT OF MASS

## CERTIFICATE OF SERVICE

I, David O. Scott, attorney for the Plaintiff in the above-entitled matter, do hereby certify that I have, this day, forwarded a copy of the foregoing document, by first class mail, postage prepaid, to Defendant's attorneys, Laurie Alexander-Krom, Esquire and Barry J. Waters, Esquire, 99 High Street, Boston, Massachusetts 02110.

_____
DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, PC
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-7090

DATED 7/28/04