UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMANTHA FISHER,<br>Plaintiff<br><br>v.<br><br>AT&T BROADBAND,<br>Defendant | CIVIL ACTION NO. 03-12321-GAO |

INITIAL DISCLOSURES OF THE PLAINTIFF,
SAMANTHA FISHER, PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 26(a)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, Samantha Fisher ("Fisher") makes her initial disclosures as follows. These disclosures are based upon information reasonably available to Fisher as of the date of this document. Fisher reserves the right to supplement her disclosures based on information developed during the course of discovery or further factual investigation.

A. Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1)(A)

The following is a list of all known individuals likely to have discoverable information in support of Fisher's claims against AT&T Broadband (hereinafter "AT&T").

1. Jack Reyes, Holbrook resident, who introduced Plaintiff to boys who produced cooking show;

2. Brett Rouse, Holbrook resident who produced cooking show;

3. Al Duchaney, Area Access Supervisor, Norwell, MA, Plaintiff's supervisor;

4. Kevin Bows, believed to be a resident of East Bridgewater who replaced Plaintiff as Access Coordinator;

5. Robert Branczewski, 71 Temple Street, Abington, MA 02351,

on air talent Producer of Cooking Creatively;

6. Vickie Carabello, predecessor to Al Duchaney, Plaintiff's prior supervisor;

7. Gary Macaby, Holbrook resident, Producer of "The Living Word" access program, complained about Plaintiff to Al Duchaney;

8. John Gilleece, 909 South Franklin Street, Holbrook, MA 02342, Producer of "The Living Word";

9. Wendy Copithorne, Regional Access Manager, involved in Plaintiff's termination decision;

10. Allan Dunn, Chairman of the Holbrook Permanent Cable TV Advisory Committee, 68 Abington Avenue, Holbrook, MA 02343-522, coordinated Cable Access Agreement;

11. Louise Russo, Government Relations Manager, knowledge of public relations issues;

12. Jessica Fagan, reporter for Patriot Ledger newspaper, present during interview in October 2000 at studio in Holbrook;

13. Lisa Buckley, predecessor to Plaintiff as Access Coordinator for Holbrook, has knowledge of working conditions; and

14. Robert Matson, a Weymouth resident who worked at the Holbrook studio as a volunteer (telephone number 781-767-2524).

B. **Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1)(B)**

The following is a description, by category, of all non-privileged documents currently in the possession, custody or control of Fisher or her attorney, which may be used to support her claims in this action.

1. Media One Group Employee Handbook;

David O. Scott,
Attorney at Law
200 Chauncy Street
Mansfield, Massachusetts 02048
(508) 261-7090

2. AT&T Broadband's Peg Access Programming Operating Procedures (Revised January 2000);

3. AT&T Broadband's Peg Access Programming Operating Procedures (Revised September 2000);

4. AT&T Broadband's Peg Access Programming Operating Procedures (Revised February 2001);

5. Unsigned contract between MediaOne of Massachusetts, Inc. and the Town of Holbrook;

6. Addendum - Access Policies Specific to Holbrook;

7. "Doing What's Right", MediaOne Group - Business Integrity and Ethics at MediaOne Group;

8. E-mails between Al Duchaney and Samantha Fisher beginning January 22, 2000 through Friday November 17, 2000;

9. Letters of recognition and/or appreciation to Samantha Fisher from MediaOne and/or the Town of Holbrook;

10. Certificate of Appreciation from the Celebrity Cook Off awarded to AT&T Broadband for its participation in "Cooking Creatively", given on October 3, 2000;

11. Two telephone voicemail tapes - Al Duchaney to Robert Branczewski;

12. MediaOne Group Performance Appraisal Tools of Samantha Fisher for the period July 1998 through February 2001; and

13. AT&T Broadband Non-Exempt Job Description - Access Coordinator (July 20, 1999).

<u>Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1)(C)</u>

Plaintiff is claiming damages in this action consisting of lost wages and benefits, loss of professional standing and reputation, emotional distress, and attorneys' fees and costs, as appropriate. Source documents include pay stubs, W-2

David O. Scott,
Attorney at Law
200 Chauncy Street
Mansfield, Massachusetts 02048
(508) 261-7090

Forms and other employment records and attorney bills.

D. <u>Disclosure Pursuant to Fed.R.Civ.P. 26(a)(1)(D)</u>

Unknown.

>Respectfully Submitted,
>The Plaintiff,
>By Her Attorney,
>
>_____
>DAVID O. SCOTT, ESQUIRE
>LAW OFFICE OF DAVID O. SCOTT, P.C.
>B.B.O. NO. 449165
>200 CHAUNCY STREET
>MANSFIELD, MASSACHUSETTS 02048
>TELEPHONE (508) 261-7090
>
>DATED: Sep. 20, 2004

## CERTIFICATE OF SERVICE

I, David O. Scott, attorney for the Plaintiff in the above-entitled matter, do hereby certify that I have, this day, forwarded a copy of the foregoing document to counsel for the Defendant, Laurie Alexander-Krom, Esquire, Murtha Cullina LLP, 99 High Street, Boston, Massachusetts 02110-2320.

_____
DAVID O. SCOTT, ESQUIRE