UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMANTHA FISHER )<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>AT&T BROADBAND )<br>Defendant )<br>) | <u>Civil Action No. 0312321-GAO</u> |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD
AND TO ADJUST ALL OTHER DATES**

The parties jointly request that this Court extend the discovery period in this case for sixty days, until March 31, 2005. Due to the holidays and the schedule conflicts in this case, the parties require additional time to complete their discovery. The parties also request that the Court adjust all other scheduled events accordingly, specifically the status conference scheduled for February 9, 2005, and adjust the deadline for filing dispositive motions to August 15, 2005.

| SAMANTHA FISHER<br>By her attorney, | AT&T BROADBAND<br>By their attorneys, |
|---|---|
| /s/ David O. Scott (LAK) | /s/ Laurie Alexander-Krom |
| David O. Scott, BBO#449165<br>Law Office of David O. Scott, P.C.<br>Attorneys at Law<br>200 Chauncy Street<br>Mansfield, MA 02048<br>(508) 261-7090 | Barry J. Waters, BBO#645595<br>bwaters@murthalaw.com<br>Laurie Alexander-Krom, BBO# 637385<br>lalexander-krom@murthalaw.com<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110<br>(617) 457-4000 |

Date: January 12, 2005