UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMANTHA FISHER )<br>  Plaintiff )<br> )<br>v. )<br> )<br>AT&T BROADBAND )<br>  Defendant ) | Civil Action No. 0312321-GAO |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD
AND TO ADJUST ALL OTHER DATES**

The parties jointly request that this Court extend the discovery period in this case for thirty days, until April 30, 2005. Due to the holidays and the schedule conflicts in this case, the parties require additional time to complete their discovery. The parties also request that the Court adjust all other scheduled events accordingly, specifically the status conference scheduled for April 6, 2005, and adjust the deadline for filing dispositive motions to September 15, 2005.

| SAMANTHA FISHER | AT&T BROADBAND |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ David Scott (LAK) | /s/ Laurie Alexander-Krom |
| David O. Scott, BBO#449165 | Barry J. Waters, BBO#645595 |
| Law Office of David O. Scott, P.C. | bwaters@murthalaw.com |
| Attorneys at Law | Laurie Alexander-Krom, BBO# 637385 |
| 200 Chauncy Street | lalexander-krom@murthalaw.com |
| Mansfield, MA 02048 | Murtha Cullina LLP |
| (508) 261-7090 | 99 High Street |
| | Boston, MA 02110 |
| | (617) 457-4000 |

Date: March 17, 2005