# MURTHA CULLINA LLP

A T T O R N E Y S   A T   L A W

90 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2320

TELEPHONE (617) 457-4000
FACSIMILE (617) 482-3868
www.murthalaw.com

April 14, 2005

Honorable George A. O'Toole, Jr.
c/o Paul Lyness Courtroom Clerk
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *Samantha Fisher v. AT&T Broadband*
    *Civil Action No. 0312321-GAO*

Dear Mr. Lyness:

Although I have filed a Notice of Appearance in this case, I have not been receiving notices from the court. I am writing to request that notices in the above-referenced case be electronically mailed to me at lalexander-krom@murthalaw.com. Please contact me if you have any questions. Thank you for your attention to this matter.

Sincerely,

Laurie Alexander-Krom

LAK:ran

B O S T O N          H A R T F O R D          N E W   H A V E N