UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SAMANTHA FISHER<br>Plaintiff | )<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Civ. Action No. 0312321-GAO |
| AT&T BROADBAND<br>Defendant | )<br>)<br>) | |

## AT&T BROADBAND'S MOTION FOR SUMMARY JUDGMENT ON ALL COUNTS OF THE PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 56, AT&T Broadband, (the "Company") moves for summary judgment on all Counts of the Plaintiff's Complaint (Counts I-III). There are no material facts in dispute and the Company is entitled to judgment as a matter of law. Accordingly, the Company respectfully requests that the Court enter summary judgment in its favor.

In support of its Motion for Summary Judgment, the Company refers the Court to its Memorandum in Support of AT&T Broadband's Motion for Summary Judgment, AT&T Broadband's Separate Statement of Undisputed Facts, AT&T Broadband's Record Materials in Support of its Motion for Summary Judgment, the Affidavit of Albert Duchaney in Support of AT&T Broadband's Motion for Summary Judgment, and the Affidavit of Vicki Carabello in Support of AT&T Broadband's Motion for Summary Judgment.

AT&T BROADBAND LLC
By its attorneys,

*/s/ Laurie Alexander-Krom*

Barry J. Waters, BBO# 645595
bwaters@murthalaw.com
Laurie Alexander-Krom, BBO# 637385
lalexander-krom@murthalaw.com
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone: 617-457-4000
Fax: 617-457-4000

**Certificate of Service**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 7/1/05

Date: July 1, 2005