UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMANTHA FISHER )<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>AT&T BROADBAND )<br>Defendant )<br>) | Civ. Action No. 0312321-GAO |

**AT&T BROADBAND LLC'S**
**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(2), AT&T Broadband, LLC (the "Company") certifies that it has conferred with counsel for Samantha Fisher and has attempted to resolve and narrow the issues regarding AT&T Broadband's Motion for Summary Judgment.

AT&T BROADBAND LLC
By its attorneys,

*/s/ Laurie Alexander-Krom*

Barry J. Waters, BBO# 645595
bwaters@murthalaw.com
Laurie Alexander-Krom, BBO# 637385
lalexander-krom@murthalaw.com
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone: 617-457-4000
Fax: 617-457-4000

Certificate of Service
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 7/1/05  /s/ LAK

Date: July 1, 2005