UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAMANTHA FISHER,       }
Plaintiff              }
                       }
v.                     }       CIVIL ACTION NO. 0312321-GAO
                       }
AT&T BROADBAND,        }
Defendant              }

PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Samantha Fisher, through her attorney, moves for an extension of time until September 1, 2005 to file her Opposition to Defendant's Motion for Summary Judgment.

AS REASON THEREFORE, legal counsel for Plaintiff has firm trial dates in August for two cases and, further, has three other legal briefs due on different matters, as well as the present requirement in this case.

The undersigned certifies that counsel of record for the parties have conferred and counsel for the Defendant does not oppose this motion.

Respectfully Submitted,
The Plaintiff,
By Her Attorney,

DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, P.C.
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-7090

DATED July 13, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMANTHA FISHER,<br>Plaintiff<br><br>v.<br><br>AT&T BROADBAND,<br>Defendant | }<br>}<br>}<br>}  CIVIL ACTION NO. 0312321-GAO<br>}<br>}<br>} |

CERTIFICATE OF SERVICE

I, David O. Scott, attorney for the Plaintiff in the above-entitled matter, do hereby certify that I have, this day, forwarded a copy of the foregoing document to counsel for the Defendant, Laurie Alexander-Krom, Esquire, Murtha Cullina LLP, 99 High Street, Boston, Massachusetts 02110-2320.

DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, P.C.
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-7090

DATED July 13, 2005