UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMANTHA FISHER,<br>Plaintiff<br><br>v.<br><br>AT&T BROADBAND,<br>Defendant | CIVIL ACTION NO. 0312321-GAO |

FILED
CLERKS OFFICE

2005 SEP -1  P 12: 46

U.S. DISTRICT COURT
DISTRICT OF MASS

PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Samantha Fisher, through her attorney, moves for an extension of time until September 15, 2005 to file her Opposition to Defendant's Motion for Summary Judgment.

AS REASON THEREFORE, due to the complex issues raised in said motion and the extensive discovery performed in this case, Plaintiff requires a brief extension of time to complete her opposition.

The undersigned certifies that counsel of record for the parties have conferred and counsel for the Defendant does not oppose this motion.

Respectfully Submitted,
The Plaintiff,
By Her Attorney,

_____
DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, P.C.
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-9777

DATED August 31, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMANTHA FISHER, Plaintiff | } } } |
| v. | } CIVIL ACTION NO. 0312321-GAO |
| AT&T BROADBAND, Defendant | } } } |

FILED
IN CLERKS OFFICE
2005 SEP -1  P 12: 46
U.S. DISTRICT COURT
DISTRICT OF MASS

## CERTIFICATE OF SERVICE

I, David O. Scott, attorney for the Plaintiff in the above-entitled matter, do hereby certify that I have, this day, by first class mail, postage prepaid, forwarded a copy of the foregoing document to counsel for the Defendant, Laurie Alexander-Krom, Esquire, Murtha Cullina LLP, 99 High Street, Boston, Massachusetts 02110-2320.

_____
DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, P.C.
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-9777

DATED  8/31/05