UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMANTHA FISHER,<br>Plaintiff<br><br>v.<br><br>AT&T BROADBAND,<br>Defendant | CIVIL ACTION NO. 0312321-GAO |

PLAINTIFF'S MOTION FOR EXTENSION
OF TIME TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Samantha Fisher, through her attorney, moves for a final extension of time until October 14, 2005 to file her Opposition to Defendant's Motion for Summary Judgment.

AS REASON THEREFORE, due to the exigent circumstances, Plaintiff requires a brief extension of time to complete her opposition.

The undersigned certifies that counsel of record for the parties have conferred and counsel for the Defendant does not oppose this motion, on the condition that Defendant shall have until November 4, 2005 to file its rebuttal. Plaintiff does not oppose this extension of time.

Respectfully Submitted,
The Plaintiff,
By Her Attorney,

DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, P.C.
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-9777

DATED October 17, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
SAMANTHA FISHER,            }
Plaintiff                   }
                            }
v.                          }       CIVIL ACTION NO. 0312321-GAO
                            }
AT&T BROADBAND,             }
Defendant                   }
_____}
```

### CERTIFICATE OF SERVICE

I, David O. Scott, attorney for the Plaintiff in the above-entitled matter, do hereby certify that I have, this day, by first class mail, postage prepaid, forwarded a copy of the foregoing document to counsel for the Defendant, Laurie Alexander-Krom, Esquire, Murtha Cullina LLP, 99 High Street, Boston, Massachusetts 02110-2320.

```
_____
DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, P.C.
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-9777

DATED October 17, 2005
```