UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAMANTHA FISHER,
Plaintiff

v.

AT&T BROADBAND,
Defendant

CIVIL ACTION NO. 0312321-GAO

FILED
CLERK'S OFFICE
2005 OCT 18 P 2:09
U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION TO WITHDRAW
## AS PLAINTIFF'S COUNSEL

The undersigned counsel of record for the Plaintiff, Samantha Fisher, moves to withdraw forthwith.

AS REASON THEREFORE, the relationship between the Plaintiff and the undersigned has become irretrievably broken and Plaintiff, on information and belief, is seeking successor legal counsel.

The undersigned certifies that counsel of record for the parties have conferred and counsel for the Defendant opposes this motion.

Respectfully Submitted,

_____
DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, P.C.
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-9777

DATED October 17, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMANTHA FISHER,<br>Plaintiff<br><br>v.<br><br>AT&T BROADBAND,<br>Defendant | CIVIL ACTION NO. 0312321-GAO |

CERTIFICATE OF SERVICE

I, David O. Scott, attorney for the Plaintiff in the above-entitled matter, do hereby certify that I have, this day, by first class mail, postage prepaid, forwarded a copy of the foregoing document to counsel for the Defendant, Laurie Alexander-Krom, Esquire, Murtha Cullina LLP, 99 High Street, Boston, Massachusetts 02110-2320.

_____
DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, P.C.
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-9777

DATED October 17, 2005