FILED
IN CLERKS OFFICE

2005 OCT 20  A 11: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

Oct. 20, 2005

Samantha Fisher,
Plaintiff

v.

AT&T Broadband
Defendant

Civil Action No. 0312321-GAO

## Opposition to Motion to Withdraw

I, Samantha Fisher, oppose David D. Scott's motion to withdraw. As reasons therefore, I am not seeking successor legal counsel.

Summary Judment opposition to defendent's motion for summary judgement was due Oct. 14th 2005, did not receive motion to withdraw until Oct. 18th 2005.


Samantha Fisher
Samantha Fisher


cc: David D. Scott, Esquire
Law Office of David D. Scott, P.C.
B.B.D. No. 449165
200 Chauncy Street
Mansfield MA 02048

cc: Laurie Alexander Kram Esq.
Murtha Cullina, LLP
99 High Street
Boston MA 02110