UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMATHA FISHER, Plaintiff | ) ) ) |
| vs. | ) C. A. No: 1-03-CV-12321 (GAO) ) |
| AT&T BROADBAND, Defendant | ) ) ) |

MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

   The Plaintiff, Samantha Fisher, moves for an extension of time to file her opposition to Defendant's Motion for Summary Judgment.

   As reason therefore, the undersigned legal counsel for the Plaintiff received notification from the Court on December 13, 2005 to file Plaintiff's opposition within thirty (30) days thereafter. Due to scheduled end of year activities and the holiday season, the undersigned was unable to complete the opposition by year end. The undersigned returned to work on January 2, 2006. On January 5, 2006 the undersigned was ordered to appear for jury trial at the Hampshire Superior Court in the case of ROBERT HAWLEY, JR. vs. JOHN LESLIE et al., Docket No: 04-156, commencing January 9, 2006. On January 9, 2006, a jury was empaneled and the case is expected to last 2 to 3 days. Due to the final pre-trial preparations which began on receipt of the trial notice and the trial itself, the undersigned will be unable to complete the opposition by the Court deadline.

   THEREFORE, a brief extension until January 20, 2006 is respectfully requested given the foregoing reasons.

                                              THE PLAINTIFF
                                              BY HER ATTORNEY

                                        /s/ David O. Scott
                                        David O. Scott BBO #449165
                                        Law Office of David O. Scott, P.C.
                                        200 Chauncy Street
                                        Mansfield, MA  02048
                                        (508) 261-9777
                                        dsesq@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMATHA FISHER, Plaintiff ) ) ) vs. ) ) ) AT&T BROADBAND, Defendant ) ) ) | C. A. No: 1-03-CV-12321 (GAO) |

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). No non-participants (NEF) as noted.

　　　　　　　　　　　　　　　　　　　　　　　/s/ David O. Scott
　　　　　　　　　　　　　　　　　　　　　　David O. Scott BBO #449165
　　　　　　　　　　　　　　　　　　　　　　Law Office of David O. Scott, P.C.
　　　　　　　　　　　　　　　　　　　　　　200 Chauncy Street
　　　　　　　　　　　　　　　　　　　　　　Mansfield, MA  02048
　　　　　　　　　　　　　　　　　　　　　　(508) 261-9777
　　　　　　　　　　　　　　　　　　　　　　　dsesq@aol.com