UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
SAMANTHA FISHER               )
        Plaintiff             )
                              )
                              )
v.                            )        Civ. Action No. 0312321-GAO
                              )
                              )
AT&T BROADBAND                )
        Defendant             )
_____)

**AT&T BROADBAND LLC'S**
**OPPOSITION TO PLAINTIFF'S MOTION**
**TO EXTEND TIME TO FILE OPPOSITION TO**
**MOTION FOR SUMMARY JUDGMENT**

The Defendant, AT&T Broadband LLC, cannot consent to the Plaintiff's Motion to Extend Time to file her opposition to the Defendant's motion for summary judgment on the ground that the Defendant's motion for summary judgment has been pending for more than six months, since July 1, 2005, and the Plaintiff has already received five extensions of time for filing her opposition.  Accordingly, the Defendant opposes this the Plaintiff's sixth request for an extension of time.

                            AT&T BROADBAND LLC
                            By its attorneys,


                             /s/Laurie Alexander-Krom
                            Barry J. Waters, BBO# 645595
                            bwaters@murthalaw.com
                            Laurie Alexander-Krom, BBO# 637385
                            lalexander-krom@murthalaw.com
                            Murtha Cullina LLP
                            99 High Street
                            Boston, MA 02110-2320
                            Telephone:  617-457-4000

Date: January 10, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). No non-participants (NEF) as noted.

/s/Laurie Alexander-Krom