UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAMANTHA FISHER,
Plaintiff

v.                                    Civil Action No. 0312321 (GAO)

AT&T BROADBAND,
Defendant

**Affidavit of Plaintiff's Attorney in Support of Motion for Further Extension
of Time to File Opposition to Motion for Summary Judgment**

I, David O. Scott, legal counsel of record for the Plaintiff, Samantha Fisher, state the following under oath in support of the Motion for Further Extension of Time to File an Opposition to the Motion for Summary Judgment.

1. The jury trial in the case of Robert Hawley, Jr. vs. John Leslie, et al, Hampshire Superior Court Docket No. 04-156 concluded on January 17, 2006. Because the trial lasted much longer than expected, the undersigned will be unable to finish the Opposition prior to January 20, 2006.

2. In addition, on or about January 15, 2006, the undersigned became ill, such that I was unable to attend Court on January 17, 2006 (jury deliberations)

3. The flu-like symptoms have not subsided and I am scheduled to be medically evaluated by my primary care physician on January 20, 2006.

4. During the last week, I have also suffered from severe chronic fatigue. I was diagnosed in 2001 with Guilliame-Barre Syndrome (GBS), an auto immune disorder. GBS is often triggered by a virus such as the flu and the symptoms (of which chronic fatigue is one) are exacerbated.

5. The Hampshire Supreme Court has ordered that post-verdict motions be filed by January 23, 2006.

6. Due to the prolonged nature of the Hampshire Superior Court trial and poor health, I am requesting a further extension of time until January 30, 2006 to file Plaintiff's Opposition.

Signed under the pains and penalties of perjury this 19th day of January, 2006.

|  |  |
|---|---|
| <u>January 19, 2006</u><br>Date | */s/ David O. Scott, Esquire*<br>DAVID O. SCOTT, ESQUIRE<br>B.B.O. NO. 449165<br>LAW OFFICE OF DAVID O. SCOTT, P.C.<br>200 CHAUNCY STREET<br>MANSFIELD, MASSACHUSETTS 02048<br>TELEPHONE (508) 261-9777<br>dsesq@aol.com |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAMANTHA FISHER,
Plaintiff

v.  Civil Action No. 0312321 (GAO)

AT&T BROADBAND,
Defendant

**Motion for Further Extension of Time for Plaintiff
to File Opposition to Motion for Summary Judgment**

The Plaintiff, Samantha Fisher, moves for an extension of time to file her Opposition to Defendant's Motion for Summary Judgment.

As reason therefore, the undersigned legal counsel for the Plaintiff has filed an affidavit herewith.  The undersigned has conferred with legal counsel for Defendant who opposes this motion.

Therefore, a brief extension until January 30, 2006 is respectfully requested given the foregoing reasons.

The Plaintiff,
By Her Attorney,

January 19, 2006
Date

*/s/ David O. Scott, Esquire*
DAVID O. SCOTT, ESQUIRE
B.B.O. NO. 449165
LAW OFFICE OF DAVID O. SCOTT, P.C.
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-9777
dsesq@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**SAMANTHA FISHER,**
**Plaintiff**

v.                                                               Civil Action No. 0312321 (GAO)

**AT&T BROADBAND,**
**Defendant**

### Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). No non-participants (NEF) as noted.

|  |  |
|---|---|
| January 19, 2006<br>Date | /s/ David O. Scott, Esquire<br>DAVID O. SCOTT, ESQUIRE<br>B.B.O. NO. 449165<br>LAW OFFICE OF DAVID O. SCOTT, P.C.<br>200 CHAUNCY STREET<br>MANSFIELD, MASSACHUSETTS 02048<br>TELEPHONE (508) 261-9777<br>dsesq@aol.com |