UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SAMANTHA FISHER<br>     Plaintiff | )<br>)<br>)<br>)<br>) | |
| v. | )<br>)<br>) | Civ. Action No. 0312321-GAO |
| AT&T BROADBAND<br>     Defendant | )<br>)<br>)<br>) | |

## AT&T BROADBAND LLC'S
## MOTION TO FILE A REPLY BRIEF

Pursuant to Local Rule 7.2, the Defendant, A&T Broadband, LLC, seeks to file a short reply brief in response to the Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Although the docket clerk for the Honorable Judge O'Toole has informed AT&T Broadband that it can file a reply brief and has twenty-one days in which to do so, AT&T Broadband anticipates that it will not need the full twenty-one days. Counsel for AT&T Broadband has conferred with counsel for the Plaintiff with regard to this motion.

                                        AT&T BROADBAND LLC
                                        By its attorneys,

                                         /s/Laurie Alexander-Krom
                                        Barry J. Waters, BBO# 645595
                                        bwaters@murthalaw.com
                                        Laurie Alexander-Krom, BBO# 637385
                                        lalexander-krom@murthalaw.com
                                        Murtha Cullina LLP
                                        99 High Street
                                        Boston, MA 02110-2320
                                        Telephone:  617-457-4000

Date: February 1, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). No non-participants (NEF) as noted.

      /s/Laurie Alexander-Krom