UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAMANTHA FISHER
        Plaintiff(s)

v.                                          CIVIL ACTION NO. 03-12321-GAO

AT&T BROADBAND
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

O'TOOLE        , D.J.

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Memorandum and Order, dated March 31, 2006, defendant's motion for summary judgment ( #16) is GRANTED with respect to all counts.  Judgment shall enter for the defendant.

                                            SARAH A. THORNTON,
                                            CLERK OF COURT

Dated: 3/31/06                              By  PAUL LYNESS
                                                    Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)